# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILFREDO SANDOVAL,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80974

FILED

MAY 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a motion to modify and/or correct an illegal sentence. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a motion to modify and/or correct an illegal sentence has not been filed in district court case number C-18-335858-1, the designated district court case number in this appeal. To the extent that appellant's appeal is in regard to the judgment of conviction entered on September 10, 2019, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (stating that an untimely notice of appeal fails to vest jurisdiction in this court). To the extent that appellant appeals from the minute order granting a motion to withdraw as counsel, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (the right to appeal is

20-16621

statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ J.
Parraguirre

_____, J.        _____, J.
Hardesty                                        Cadish


cc:     Hon. Michael Villani, District Judge
        Wilfredo Sandoval
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk